UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLEDEALS, LLC, et al.,<br><br>Defendants. | Case No. 17-cv-05472-SI<br><br>**ORDER VACATING HEARING DATE AND GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 24 |

On January 5, 2018, counsel for defendants Appledeals, LLC and Prince Armah filed a motion for leave to withdraw as counsel for defendants. Dkt. No. 24. The motion is set for hearing on February 9, 2018. Plaintiff has informed the Court it does not oppose the motion to withdraw. Dkt. No. 26.

The Court notes that a corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also* Civil L.R. 3-9(b). Sanctions (including default or dismissal) may be imposed for failure to comply with local rules. Civil L.R. 3-9(a). Here, defendant Appledeals LLC is a corporation. When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it. *Crandall v. Semillon Inc*., No. 15CV1257-GPC(NLS), 2016 WL 4479397, at *2 (S.D. Cal. Aug. 25, 2016).

Accordingly, the motion is GRANTED. **Defendants may have until forty-five days (45) from the date of this order to substitute counsel in this case.**

**IT IS SO ORDERED**.

Dated: January 23, 2018

SUSAN ILLSTON
United States District Judge